SAM STEINBERG and JOSEPH N. SMITH v. DR. EMIL ALTER, MORRIS MARGOLIS and SAM PELSMAN.

20 So. (2nd) 911
February 16, 1945

January Term, 1945
Division A

*Henry D. Williams,* and *Morris S. Salomon,* for appellants.
*Redfearn & Ferrell* and *Leo Rosen,* for appellees.

PER CURIAM:

The decree appealed from is affirmed on authority of our opinion in Rundel v. Gordon, et al., 92 Fla. 1110, 111 So. 386.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.